CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

AUG - 7 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Number: 1:19-CR-00022 (JPJ) |
| | ) | |
| v. | ) | In Violation of: |
| | ) | |
| WAQAR UL-HASSAN | ) | 18 U.S.C. § 1001 (False Statements) |
| | ) | |
| | ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges, at all times material to this Information:

### COUNT ONE

1. On or about May 20, 2015, within the Western District of Virginia and elsewhere, the defendant, WAQAR UL-HASSAN, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, to wit, his statements to agents of the Federal Bureau of Investigation that he did not support any terrorist groups or extremists, and did not know anyone who was a member of a terrorist or extremist group.

All in violation of Title 18, United States Code, Sections 1001(a)(2).

USAO- 2019R00177

## COUNT TWO

2. On or about October 16, 2015, within the Western District of Virginia and elsewhere, the defendant, WAQAR UL-HASSAN, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, to wit, his statements to agents of the Federal Bureau of Investigation that he never tried to send money to Syria for ISIS and that he never asked anyone about sending money to ISIS.

All in violation of Title 18, United States Code, Sections 1001(a)(2).

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

_____
Christopher R. Kavanaugh
Assistant United States Attorney

USAO- 2019R00177