# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

**Case No.: 1:19CR22**                                          **Date: 10/28/19**

**Defendant:  Waqar Ul-Hassan, Bond**          **Counsel:  Randy Cargill, AFPD**

PRESENT:   JUDGE:             James P. Jones           TIME IN COURT:  10:28 – 10:50 a.m.
           Deputy Clerk:      Felicia Clark                            11:11 - 11:50 a.m.
           Court Reporter:    Donna Prather, OCR       Total: 1 hour 1 minute
           U. S. Attorney:    Christopher Kavanaugh
           USPO:              Jeremy Keller

**PROCEEDINGS:**

☒  No Objections to Presentence Report.

☒  No evidence presented. Oral argument by counsel as to the appropriate sentence to be imposed.

☒  Court adopts Presentence Report.

☒  Allocutions.

SENTENCE IMPOSED AS FOLLOWS:

PROB:  5 years, consisting of 5 years on each of counts 1s and 2s to run concurrently.
       ☒  Mandatory drug testing suspended.
SA:    $200.00 due immediately.
FINE:  Waived
REST:  Waived

*Court accepted the Memorandum of Agreement*

SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):

☒  The defendant shall participate in a program of mental health treatment, as approved by the probation officer, until such time as the defendant has satisfied all requirements of the program.

☒  The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.

☒  The defendant must submit to warrantless search and seizure of person and property by the probation officer or other law enforcement officer, whenever such officer has reasonable suspicion that the defendant is engaged in criminal activity.

☒  The defendant shall pay any fine, special assessment or restitution that is imposed by this judgment.

PAYMENT SCHEDULE:

☒  A lump sum payment of $200.00 is due immediately.

ADDITIONAL RULINGS:

☒  Defendant advised of right to appeal.